IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ROBERT NEWMAN, individually, as Personal Representative on behalf of THE ESTATE OF JACKIE ANN NEWMAN, and on behalf of STEPHANIE NEWMAN and MANDY NEWMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>FARMERS ALLIANCE MUTUAL INSURANCE COMPANY,<br><br>Defendant. | CV 17-47-BLG-TJC<br><br>**ORDER** |

The Court having been notified of the settlement of this case by Magistrate Judge Lynch, and it appearing that no issue remains for the Court's determination, IT IS HEREBY ORDERED that within 30 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

DATED this 30th day of April, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge