IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ROBERT NEWMAN, individually, as Personal Representative on behalf of THE ESTATE OF JACKIE ANN NEWMAN, and on behalf of STEPHANIE NEWMAN and MANDY NEWMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>FARMERS ALLIANCE MUTUAL INSURANCE COMPANY,<br><br>Defendant. | CV 17-47-BLG-TJC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the stipulation of the parties (Doc. 28), and for good cause shown, IT IS HEREBY ORDERED that the above-entitled action is DISMISSED WITH PREJUDICE, with each of the parties to bear their own attorneys' fees and costs.

DATED this 14th day of May, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge